

# Notice of Service of Process

**null / ALL**
**Transmittal Number: 25290790**
**Date Processed: 07/28/2022**

| | |
|---|---|
| **Primary Contact:** | Andrew Akey<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| **Electronic copy provided to:** | Emily Hawke-James<br>Jim McMenomy<br>Meghan Olson<br>Todd Lemanski<br>Brianna Varanko |

| | |
|---|---|
| **Entity:** | Menard, Inc.<br>Entity ID Number  0033810 |
| **Entity Served:** | Menards, Inc. |
| **Title of Action:** | Jennifer Scott vs. Menards, Inc. |
| **Matter Name/ID:** | Jennifer Scott vs. Menards, Inc. (12620256) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Pottawatomie County District Court, KS |
| **Case/Reference No:** | PT-2022-CV-000029 |
| **Jurisdiction Served:** | Kansas |
| **Date Served on CSC:** | 07/28/2022 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Morrison, Frost, Olsen, Irvine & Schartz, LLP<br>785-776-9208 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674   (888) 690-2882   |   sop@cscglobal.com

**Exhibit A**

Jennifer Scott

vs.

Menards, Inc.

**ELECTRONICALLY FILED**
2022 Jul 25 AM 8:51
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER: PT-2022-CV-000029
PII COMPLIANT

## SUMMONS

To the above-named Defendant/Respondent:

**Menards, Inc.**
**Corporation Service Company**
**2900 SW Wanamaker Drive, Ste. 204**
**Topeka, KS  66614**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Craig Olsen
323 Poyntz Ave.
Ste. 204
Manhattan, KS 66502

within 21 days after service of summons on you.

*[signature]*

Clerk of the District Court
Electronically signed on 07/25/2022 11:37:23 AM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2022 Jul 22 AM 9:06
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER: PT-2022-CV-000029
PII COMPLIANT

## IN THE DISTRICT COURT OF POTTAWATOMIE COUNTY, KANSAS

| | |
|---|---|
| JENNIFER SCOTT,            )<br>              Plaintiff,            )<br>                                      )<br>v.                                   )<br>                                      )<br>MENARDS, INC.,            )<br>              Defendant.         ) | Case No. 2021-CV- |

### PETITION
**Filed pursuant to K.S.A. Chapter 60**

**COMES NOW** the Plaintiff, Jennifer Scott, by and through her attorney, Craig N. Olsen of Morrison, Frost, Olsen, Irvine and Schartz, LLP, and for her cause of action against the above-named Defendant, alleges and states:

1. Plaintiff is a resident of Wamego, Pottawatomie County, Kansas.

2. Defendant Menards, Inc. (hereinafter referred to as "Menards") is a Wisconsin Corporation, active and in good standing, and may be served with process by serving its Resident Agent, Corporation Service Company at 2900 SW Wanamaker Drive, Ste. 204, Topeka, KS 66614.

3. On or about November 14, 2020, Plaintiff was shopping at Menards in Manhattan, Pottawatomie County, Kansas. Plaintiff entered the cart corral to retrieve a shopping car and fell over a bar that made up part of the corral, hitting her head on another bar of the cart corral.

4. As a result of the fall, Plaintiff suffered severe, painful and permanent injuries.

5. Defendant Menards created and maintained a dangerous condition in its store. The negligent acts and omissions of Defendant Menards included, but were not necessarily limited to, the following:

    a. Creating a dangerous condition in its store;

MORRISON,
FROST, OLSEN,
IRVINE &
SCHARTZ, LLP
Attorneys at Law
323 Poyntz, Suite 204
Manhattan, KS 66502
(785) 776-9208
Fax: (785) 776-9212

1

    b. failure to properly mark a dangerous condition;

    c. failure to warn Plaintiff to exercise caution when approaching a dangerous condition.

6. As a direct and proximate result of the negligent acts and omissions of Defendant Menards, Plaintiff was severely and permanently injured. Plaintiff has incurred medical and related expenses; has endured physical pain and suffering, accompanied by mental anguish; has suffered physical disability; economic loss; and will continue to suffer damage and ill effects for the remainder of her natural life.

7. Plaintiff's damages are in a sum in excess of $75,000.00.

**WHEREFORE,** Plaintiff prays for judgment against the Defendant for her damages as follows:

    a. Reasonable expenses of necessary medical care, hospitalization and treatment, both past and future;

    b. Pain, suffering, disabilities, and any accompanying mental anguish, both past and future; and

    c. Loss of time and income, both past and future;

such damages being in an amount in excess of Seventy-Five Thousand Dollars and No/100 ($75,000.00), with interest on said judgment at the legal rate from the date of judgment; for her costs in this action; and for such other and further relief as the court deems proper in the premises.

2

/s/Craig N. Olsen
CRAIG N. OLSEN #24143
MORRISON, FROST, OLSEN,
IRVINE & SCHARTZ, LLP
323 Poyntz, Suite 204
Manhattan, Kansas 66502
785-776-9208; 776-9212 (fax)
Attorney for Plaintiff

### DEMAND FOR JURY TRIAL

Plaintiff hereby requests and demands that a trial by jury consisting of twelve (12) persons be had of all issues in the above-entitled matter.

/s/ Craig N. Olsen
CRAIG N. OLSEN #24143
Attorney for Plaintiff

3

**MORRISON, FROST, OLSEN,**
**IRVINE & SCHARTZ, LLP**
323 POYNTZ AVE., SUITE 204
MANHATTAN, KS 66502-6387

7016 2710 0000 9165 6760

KANSAS CITY 640
26 JUL 2022 PM 4 L

U.S. POSTAGE PAID
FCM LETTER
MANHATTAN, KS
66502
JUL 25, 22
AMOUNT
**$8.09**
R2304M114155-23

1000     66614

Corporation Service Company
2900 SW Wanamaker Drive, Ste. 204
Topeka, KS 66614

RETURN RECEIPT
REQUESTED

66614-418854