IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| JENNIFER SCOTT, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>MENARD, INC., )<br>)<br>Defendant. ) | Case No.: 5:22-cv-4044<br><br>(Removed from District Court of Pottawatomie County, Kansas, Case No. PT-2022-CV-000029) |

**PROOF OF SERVICE OF NOTICE OF FILING NOTICE OF REMOVAL**

COMES NOW, Defendant Menard, Inc. ("Defendant"), by and through the undersigned counsel, and pursuant to Local Rule 81.1(c)(3), provides notice that, on August 16, 2022, Defendant filed its Notice of Filing Notice of Removal with the District Court of Pottawatomie County, Kansas. A file-stamped copy of this document is attached hereto as **Exhibit A.**

Dated: August 24, 2022

Respectfully submitted,

MCANANY, VAN CLEAVE & PHILLIPS, P.A.

*/s/ Gabriel J. Greenbaum*
Byron A. Bowles, Jr., #16579
Gabriel J. Greenbaum, #28725
10 E. Cambridge Circle Drive, Suite 300
Kansas City, KS 66103
Ph: (913) 371-3838
Fx: (913) 371-4722
bbowles@mvplaw.com
ggreenbaum@mvplaw.com
ATTORNEYS FOR DEFENDANT

## CERTIFICATE OF SERVICE

  The undersigned hereby certify that on the 24 day of August 2022, the above and foregoing was filed with the Clerk of the Court via the Court's electronic filing system, which will serve electronic notification of such filing on the following counsel of record:

 Craig N. Olsen, #24143
 MORRISON, FROST, OLSEN,
  IRVINE & SCHARTZ, LLP
 323 Poyntz, Suite 204
 Manhattan, KS 66502
 Tel: (785) 776-9208
 Fax: (785) 776-9212


             */s/ Gabriel J. Greenbaum*
             ATTORNEYS FOR DEFENDANT