ELECTRONICALLY FILED
2022 Aug 16 PM 5:13
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER: PT-2022-CV-000029
PII COMPLIANT

IN THE DISTRICT COURT OF POTTAWATOMIE COUNTY, KANSAS

| | |
|---|---|
| JENNIFER SCOTT, ) | |
| ) | |
| Plaintiff, ) | |
| ) | Case No.: PT-2022-CV-000029 |
| v. ) | |
| ) | |
| MENARD, INC., ) | |
| ) | |
| Defendant. ) | |

## NOTICE OF FILING NOTICE OF REMOVAL

PLEASE TAKE NOTICE that Defendant Menard, Inc. filed a Notice of Removal with the United States District Court for the District of Kansas pursuant to 28 U.S.C. § 1446(a). A true and accurate copy of the Notice of Removal, with exhibits, is attached hereto as **Exhibit A.** This case is removed to the United States District Court as of the date hereof. The filing of this Notice effectuates the removal of this case and, pursuant to 28 U.S.C § 1446(d), "the State court shall proceed no further unless and until the case is remanded."

Dated: August 16, 2022

Respectfully submitted,

MCANANY, VAN CLEAVE & PHILLIPS, P.A.

*/s/ Gabriel J. Greenbaum*
Byron A. Bowles, Jr., #16579
Gabriel J. Greenbaum, #28725
10 E. Cambridge Circle Drive, Suite 300
Kansas City, KS 66103
Ph: (913) 371-3838
Fx: (913) 371-4722
bbowles@mvplaw.com
ggreenbaum@mvplaw.com
ATTORNEYS FOR DEFENDANT

**CERTIFICATE OF SERVICE**

      The undersigned hereby certify that on the 16th day of August 2022, the above and foregoing was filed with the Clerk of the Court via the Court's electronic filing system, which will serve electronic notification of such filing on the following counsel of record:

   Craig N. Olsen, #24143
   MORRISON, FROST, OLSEN,
     IRVINE & SCHARTZ, LLP
   323 Poyntz, Suite 204
   Manhattan, KS 66502
   Tel: (785) 776-9208
   Fax: (785) 776-9212


                                           */s/ Gabriel J. Greenbaum*
                                           ATTORNEYS FOR DEFENDANT

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

| | |
|---|---|
| JENNIFER SCOTT, | ) |
| Plaintiff, | ) |
| | ) Case No.: 5:22-cv-4044 |
| v. | ) |
| | ) (Removed from District Court of |
| MENARD, INC., | ) Pottawatomie County, Kansas, Case No. PT- |
| | ) 2022-CV-000029) |
| Defendant. | ) |

## NOTICE OF REMOVAL

Pursuant to 28 U.S.C. §§ 1332, 1441 & 1446, Defendant Menard, Inc. ("Defendant"), by and through the undersigned counsel, and files this Notice of Removal of this case from the District Court of Pottawatomie County, Kansas, Case No. PT-2022-CV-000029, where it is currently pending, to the United States District Court for the District of Kansas based on diversity jurisdiction. As grounds for removal, Defendant states:

1. On July 22, 2022, Plaintiff filed her Petition in the District Court of Pottawatomie County, Kansas, Case No. PT-2022-CV-000029, naming Menard, inc. as the Defendant. Ex. A, State Court File.

2. Defendant was served with the Petition on July 28, 2022. Ex. A., Petition and Summons.[1]

3. Upon information and belief, Plaintiff is a resident of the State of Kansas.

4. Upon information and belief, Plaintiff is at least not a resident of the State of Wisconsin.

---

[1] Defendant is unable to access the entire state court file to download and submit to the Court in this filing without first filing its answer, which would eliminate Defendant's ability to file this Notice of Removal. Accordingly, Defendant will submit the entire state court file within twenty-one days hereof pursuant to D. Kan. R. 81.2.

**Exhibit A**

5. A corporation's citizenship for purposes of diversity jurisdiction is (1) the state of incorporation, and (2) the state where the corporation's principal place of business is located. 28 U.S.C. § 1332(c)(1); *see also GMAC Commercial Credit LLC v. Dillard Dept. Stores, Inc.*, 357 F.3d 827, 828 (8th Cir. 2004).

6. A corporation's principal place of business is the place where its officers direct, control, and coordinate the corporation's activities. *Hertz Corp. v. Friend*, 599 U.S. 77, 92-93 (2010). Normally, it is where the corporation maintains its headquarters, i.e., the "nerve center." *Id.*

7. Defendant is a Wisconsin corporation. Ex. B, Affidavit of Rick Souba.

8. Defendant's headquarters is located in Eau Claire Wisconsin. Ex. B, Affidavit of Rick Souba.

9. The offices of Defendant's officers and executives are located at its headquarters in Eau Claire Wisconsin, and out of that location Defendant directs, controls and coordinates its business. Ex. B, Affidavit of Rick Souba.

10. Additionally, Defendant has been found to be a "citizen of Wisconsin for diversity jurisdiction purposes." *Thacker v. Menard, Inc.*, 105 F.3d 382, 384 (7th Cir. 1997); *Colletti v. Menard, Inc.*, No. 14-cv-1358, 2014 WL 404356, at *1 (E.D. Mich. Jan. 29, 2015); *Carpenter v. Menard, Inc.*, No. 2:14-cv-113, 2014 WL 5465747, at *5 (N.D. Ind. Oct. 28, 2014); *Rogers v. Menard, Inc.*, No. 3:15-cv-067, 2015 WL 4064779, at *2 (N.D. Ind. July 2, 2015).

11. Accordingly, for the purposes of federal diversity jurisdiction, Defendant Menard, Inc. is a citizen of the State of Wisconsin, as it is incorporated in Wisconsin and its principal place of business is located in Wisconsin.

12. At the time this action commenced and at all times since, Plaintiff and Defendant are and remain citizens of different states.

13. To satisfy the amount-in-controversy requirement, Defendant must show by a preponderance of the evidence only that "a fact finder *could* legally conclude from the pleadings and proof adduced to the court before trial, that the damages that the plaintiff[s] suffered are greater than $75,000." *Kopp v. Kopp*, 280 F.3d 883, 885 (8th Cir. 2002) (emphasis added); *see also James Neff Kramper Family Farm P'ship v. IBP, Inc.*, 393 F.3d 828, 831 (8th Cir. 2005) (party seeking removal must show only that the claims originally asserted in the Complaint "could, that is might, legally satisfy the amount in controversy requirement."). Plaintiff herein seeks damages related to personal injury. Ex. A, Plaintiff's Petition. Plaintiff seeks damages in excess of $75,000.00. Ex. A, Plaintiff's Petition. Plaintiff further seeks damages for past and future medical treatment, past and future pain and suffering, and future lost wages and enjoyment of life. Ex. A, Plaintiff's Petition.

14. Accordingly, if a fact finder believes that Plaintiff has proven her claims as alleged, the fact finder *could* legally conclude that the damages sought are greater than $75,000.00. Therefore, this is a civil action over which the District Courts of the United States have original jurisdiction under diversity of citizenship under 28 U.S.C § 1332(a)(1).

15. Removal of this action is not prohibited by any federal statute.

16. Attached as Exhibit A are all process, pleadings, orders and other documents then on file in the District Court of Pottawatomie County, Kansas and served on this Defendant.

17. After filing this Notice of Removal, Defendant will file a copy hereof with the Clerk of the District Court of Pottawatomie County, Kansas, and with counsel for all other parties.

3

18.     If any questions arise as to the propriety of the removal of this action, Defendant respectfully requests the opportunity to present a brief and oral argument in support of its position that this action is removable.

WHEREFORE, Defendant Menard, Inc., through the filing of this Notice of Removal, the giving of written notice hereof to Plaintiff, and the filing of a copy hereof with the Clerk of the District Court of Pottawatomie County, Kansas, effectuates the removal of said civil action to this Honorable Court.

Dated:  August 16, 2022

                                                            Respectfully submitted,

                                                            MCANANY, VAN CLEAVE & PHILLIPS, P.A.


                                                            */s/ Gabriel J. Greenbaum*
                                                            Byron A. Bowles, Jr., #16579
                                                            Gabriel J. Greenbaum, #28725
                                                            10 E. Cambridge Circle Drive, Suite 300
                                                            Kansas City, KS 66103
                                                            Ph: (913) 371-3838
                                                            Fx: (913) 371-4722
                                                            bbowles@mvplaw.com
                                                            ggreenbaum@mvplaw.com
                                                            ATTORNEYS FOR DEFENDANT

4

## CERTIFICATE OF SERVICE

  The undersigned hereby certify that on the 16th day of August 2022, the above and foregoing was filed with the Clerk of the Court via the Court's electronic filing system, which will serve electronic notification of such filing on the following counsel of record:

Craig N. Olsen, #24143
MORRISON, FROST, OLSEN,
 IRVINE & SCHARTZ, LLP
323 Poyntz, Suite 204
Manhattan, KS 66502
Tel: (785) 776-9208
Fax: (785) 776-9212


         */s/ Gabriel J. Greenbaum*
         ATTORNEYS FOR DEFENDANT

5



# Notice of Service of Process

**null / ALL**
**Transmittal Number: 25290790**
**Date Processed: 07/28/2022**

| | |
|---|---|
| **Primary Contact:** | Andrew Akey<br>Menard, Inc.<br>5101 Menard Dr<br>Eau Claire, WI 54703-9604 |
| **Electronic copy provided to:** | Emily Hawke-James<br>Jim McMenomy<br>Meghan Olson<br>Todd Lemanski<br>Brianna Varanko |

| | |
|---|---|
| **Entity:** | Menard, Inc.<br>Entity ID Number 0033810 |
| **Entity Served:** | Menards, Inc. |
| **Title of Action:** | Jennifer Scott vs. Menards, Inc. |
| **Matter Name/ID:** | Jennifer Scott vs. Menards, Inc. (12620256) |
| **Document(s) Type:** | Summons/Complaint |
| **Nature of Action:** | Personal Injury |
| **Court/Agency:** | Pottawatomie County District Court, KS |
| **Case/Reference No:** | PT-2022-CV-000029 |
| **Jurisdiction Served:** | Kansas |
| **Date Served on CSC:** | 07/28/2022 |
| **Answer or Appearance Due:** | 21 Days |
| **Originally Served On:** | CSC |
| **How Served:** | Certified Mail |
| Sender Information: | Morrison, Frost, Olsen, Irvine & Schartz, LLP<br>785-776-9208 |

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**

251 Little Falls Drive, Wilmington, Delaware 19808-1674  (888) 690-2882  |  sop@cscglobal.com

**Exhibit A**

Jennifer Scott

vs.

Menards, Inc.

ELECTRONICALLY FILED
2022 Jul 25 AM 8:51
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER: PT-2022-CV-000029
PII COMPLIANT

## SUMMONS

To the above-named Defendant/Respondent:

**Menards, Inc.**
**Corporation Service Company**
**2900 SW Wanamaker Drive, Ste. 204**
**Topeka, KS 66614**

You are hereby notified that an action has been commenced against you in this court. You are required to file your answer or motion under K.S.A. 60-212, and amendments thereto, to the petition with the court and to serve a copy upon:

Craig Olsen
323 Poyntz Ave.
Ste. 204
Manhattan, KS 66502

within 21 days after service of summons on you.

*Sherry Havenstein*

Clerk of the District Court
Electronically signed on 07/25/2022 11:37:23 AM

**Documents to be served with the Summons:**
PLE: Petition Petition

ELECTRONICALLY FILED
2022 Jul 22 AM 9:06
CLERK OF THE POTTAWATOMIE COUNTY DISTRICT COURT
CASE NUMBER: PT-2022-CV-000029
PII COMPLIANT

## IN THE DISTRICT COURT OF POTTAWATOMIE COUNTY, KANSAS

| | |
|---|---|
| JENNIFER SCOTT,<br>　　　　　　Plaintiff,<br><br>v.<br><br>MENARDS, INC.,<br>　　　　　　Defendant. | )<br>)<br>)<br>)　Case No. 2021-CV-<br>)<br>)<br>) |

### PETITION
### Filed pursuant to K.S.A. Chapter 60

**COMES NOW** the Plaintiff, Jennifer Scott, by and through her attorney, Craig N. Olsen of Morrison, Frost, Olsen, Irvine and Schartz, LLP, and for her cause of action against the above-named Defendant, alleges and states:

1. Plaintiff is a resident of Wamego, Pottawatomie County, Kansas.

2. Defendant Menards, Inc. (hereinafter referred to as "Menards") is a Wisconsin Corporation, active and in good standing, and may be served with process by serving its Resident Agent, Corporation Service Company at 2900 SW Wanamaker Drive, Ste. 204, Topeka, KS 66614.

3. On or about November 14, 2020, Plaintiff was shopping at Menards in Manhattan, Pottawatomie County, Kansas. Plaintiff entered the cart corral to retrieve a shopping car and fell over a bar that made up part of the corral, hitting her head on another bar of the cart corral.

4. As a result of the fall, Plaintiff suffered severe, painful and permanent injuries.

5. Defendant Menards created and maintained a dangerous condition in its store. The negligent acts and omissions of Defendant Menards included, but were not necessarily limited to, the following:

　　a. Creating a dangerous condition in its store;

MORRISON,
FROST, OLSEN,
IRVINE &
SCHARTZ, LLP
Attorneys at Law
323 Poyntz, Suite 204
Manhattan, KS 66502
(785) 776-9208
Fax: (785) 776-9212

1

      b.  failure to properly mark a dangerous condition;

      c.  failure to warn Plaintiff to exercise caution when approaching a dangerous condition.

6. As a direct and proximate result of the negligent acts and omissions of Defendant Menards, Plaintiff was severely and permanently injured. Plaintiff has incurred medical and related expenses; has endured physical pain and suffering, accompanied by mental anguish; has suffered physical disability; economic loss; and will continue to suffer damage and ill effects for the remainder of her natural life.

7. Plaintiff's damages are in a sum in excess of $75,000.00.

**WHEREFORE,** Plaintiff prays for judgment against the Defendant for her damages as follows:

    a.  Reasonable expenses of necessary medical care, hospitalization and treatment, both past and future;

    b.  Pain, suffering, disabilities, and any accompanying mental anguish, both past and future; and

    c.  Loss of time and income, both past and future;

such damages being in an amount in excess of Seventy-Five Thousand Dollars and No/100 ($75,000.00), with interest on said judgment at the legal rate from the date of judgment; for her costs in this action; and for such other and further relief as the court deems proper in the premises.

2

/s/Craig N. Olsen
**CRAIG N. OLSEN #24143**
**MORRISON, FROST, OLSEN,**
**IRVINE & SCHARTZ, LLP**
**323 Poyntz, Suite 204**
**Manhattan, Kansas 66502**
**785-776-9208; 776-9212 (fax)**
**Attorney for Plaintiff**

### DEMAND FOR JURY TRIAL

Plaintiff hereby requests and demands that a trial by jury consisting of twelve (12) persons be had of all issues in the above-entitled matter.

/s/ Craig N. Olsen
**CRAIG N. OLSEN #24143**
**Attorney for Plaintiff**

3

**MORRISON, FROST, OLSEN,**
**IRVINE & SCHARTZ, LLP**
323 POYNTZ AVE., SUITE 204
MANHATTAN, KS 66502-6387



7016 2710 0000 9165 6760

Corporation Service Company
2900 SW Wanamaker Drive, Ste. 204
Topeka, KS 66614

RETURN RECEIPT REQUESTED

66614-418854

IN THE UNITED STATES DISTRICT COURT
DISTRICT OF KANSAS

JENNIFER SCOTT, )
 )
        Plaintiff, )
 ) Case No.:
v. )
 ) (Removed from District Court of
MENARD, INC., ) Pottawatomie County, Kansas, Case No. PT-
 ) 2022-CV-000029)
        Defendant. )

## AFFIDAVIT OF RICK SOUBA

**STATE OF WISCONSIN** )
                                       ) ss:
**COUNTY OF EAU CLAIRE** )

I, Rick Souba, being of lawful age and after having been duly sworn, state as follows:

1. I have personal knowledge of the facts contained in this Affidavit from my review of records kept in the ordinary course of business and my knowledge of the operations of Menard, Inc.

2. I am familiar with the allegations raised in the above-captioned case.

3. Menard, Inc. was incorporated in Wisconsin.

4. Menard, Inc.'s headquarters are located in Eau Claire, Wisconsin.

5. Menard, Inc.'s officers and executives offices are located at its headquarters in Eau Claire, Wisconsin.

6. From its headquarters in Eau Claire, Wisconsin, Menard, Inc. directs, controls, and coordinates its business.

7. Menard, Inc.'s principal place of business is located in Eau Claire, Wisconsin.

**Exhibit B**

FURTHER AFFIANT SAYETH NOT.

_____
Rick Souba

Subscribed, sworn to and affirmed before me, this 16 day of August, 2022.

_____
Notary Public

My Commission ~~Expires:~~

IS PERMANENT

2